```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 08 B 15623
   ALPHONSO C WALKER
                                              CHAPTER 13

                                              JUDGE: SUSAN PIERSON SONDERBY

           Debtor
   SSN XXX-XX-7857


------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 06/18/2008 and was not confirmed.

     The case was dismissed without confirmation 08/14/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
------------------------------------------------------------------------------

COUNTRYWIDE HOME LOANS   CURRENT MORTG         .00            .00            .00
COUNTRYWIDE HOME LOANS   MORTGAGE ARRE    20000.00            .00            .00
US DEPARTMENT OF HOUSING CURRENT MORTG         .00            .00            .00
GREAT AMERICAN FINANCE   SECURED           1560.00            .00            .00
CAPITAL ONE              UNSECURED        NOT FILED           .00            .00
CAPITAL ONE              NOTICE ONLY      NOT FILED           .00            .00
CHECK TO GO              UNSECURED        NOT FILED           .00            .00
CINGULAR WIRELESS        UNSECURED        NOT FILED           .00            .00
CINGULAR WIRELESS        NOTICE ONLY      NOT FILED           .00            .00
COMMONWEALTH EDISON      UNSECURED        NOT FILED           .00            .00
ROSA GALVAN SILVA MD     UNSECURED        NOT FILED           .00            .00
SULLIVAN URGENT          UNSECURED        NOT FILED           .00            .00
SULLIVAN URGENT AID CENT NOTICE ONLY      NOT FILED           .00            .00
SOUTHWEST SURGERY        UNSECURED        NOT FILED           .00            .00
EDUCATIONAL SYSTEMS      UNSECURED         4830.57            .00            .00
ED FINANCIAL SERVICES    NOTICE ONLY      NOT FILED           .00            .00
FIRST PREMIER BANK       UNSECURED        NOT FILED           .00            .00
GREAT AMERICAN FINANCE   UNSECURED        NOT FILED           .00            .00
GREAT AMERICAN FINANCE   NOTICE ONLY      NOT FILED           .00            .00
HARRIS                   UNSECURED        NOT FILED           .00            .00
HOUSEHOLD AUTO FINANCE   UNSECURED        NOT FILED           .00            .00
PEDIATRIC DENTAL SPECIAL UNSECURED        NOT FILED           .00            .00
ILLINOIS LENDING CORP    UNSECURED        NOT FILED           .00            .00
RONALD S BENEDETTI       UNSECURED        NOT FILED           .00            .00
MBNA AMERICA             UNSECURED        NOT FILED           .00            .00
INGALLS MEMORIAL HOSPITA UNSECURED        NOT FILED           .00            .00
INGALLS MEMORIAL HOSPITA NOTICE ONLY      NOT FILED           .00            .00
INGALLS MEMORIAL HOSPITA UNSECURED        NOT FILED           .00            .00
INGALLS MEMORIAL HOSPITA NOTICE ONLY      NOT FILED           .00            .00
NATIONWIDE ACCEPTANCE~   UNSECURED         7400.29            .00            .00
KEITH S SHINDLER         NOTICE ONLY      NOT FILED           .00            .00
AT&T WIRELESS            UNSECURED          872.43            .00            .00
AT&T                     NOTICE ONLY      NOT FILED           .00            .00
PAYDAY LOAN SERVICE      UNSECURED        NOT FILED           .00            .00
PREMIER BANKCARD         UNSECURED          437.12            .00            .00

                   PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 08 B 15623 ALPHONSO C WALKER
```

```
ACADEMY COLLECTION SERVI  NOTICE ONLY    NOT FILED                  .00             .00
SPRINT PCS                UNSECURED      NOT FILED                  .00             .00
VERIZON WIRELESS          UNSECURED      NOT FILED                  .00             .00
WELLGROUP HEATLTHPARTNER  UNSECURED      NOT FILED                  .00             .00
COUNTRYWIDE HOME LOANS    NOTICE ONLY    NOT FILED                  .00             .00
US DEPARTMENT OF HOUSING  UNSECURED       12199.11                  .00             .00
NEW AGE CHICAGO FURNITUR  SECURED NOT I    4274.13                  .00             .00
LEDFORD & WU              DEBTOR ATTY         .00                                   .00
TOM VAUGHN                TRUSTEE                                                   .00
DEBTOR REFUND             REFUND                                              1,026.77

        Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                        RECEIPTS              DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                 1,026.77

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                  .00
DEBTOR REFUND                                    1,026.77
                        ---------------       ---------------
TOTALS                  1,026.77                 1,026.77
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
    Dated:  11/20/08              _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE